1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   BRONCHE JOHNSON,
11              Plaintiff,                 No. CIV S-04-1783 FCD KJM P
12        vs.
13   THE CDC, et al.,
14              Defendants.                ORDER
15   _____/
16              Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action
17   filed pursuant to 42 U.S.C. § 1983.  By previous order, plaintiff's original complaint was
18   dismissed with leave to file an amended complaint.  On May 3, 2005, plaintiff filed an amended
19   complaint.
20              The amended complaint states a cognizable claim for relief under 42 U.S.C.
21   § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven,
22   plaintiff has a reasonable opportunity to prevail on the merits of this action.
23              In accordance with the above, IT IS HEREBY ORDERED that:
24              1. Service is appropriate for the following defendants:  Hall, Jenkins, McCracken,
25   Mendoza, Ruiz, Roszko, Schwartz, Thumser and Veal.
26   /////

2. The Clerk of the Court shall send plaintiff nine USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed May 3, 2005.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Ten copies of the endorsed amended complaint filed May 3, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: January 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] john1783.1(5.03.05)

```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10   BRONCHE JOHNSON,
11          Plaintiff,                    No. CIV-S-04-1783 FCD KJM P
12      vs.
13   THE CDC, et al.,                     NOTICE OF SUBMISSION
14          Defendants.                        OF DOCUMENTS
15   _____/
16          Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18              1       completed summons form
19              9       completed USM-285 forms
20             10       copies of the   5/3/05
                                     Amended Complaint
21   DATED:
22
23                                      _____
                                                     Plaintiff
24
25
26
```