IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BRONCHE JOHNSON ,** <br><br> Plaintiff, <br><br> v. <br><br> **THE CDC, et al. ,** <br><br> Defendants. | 2:04-cv-1783 FCD KJM P <br><br> **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO TAKE PLAINTIFF'S DEPOSITION BEYOND DISCOVERY DEADLINE** |

Good cause appearing, the Court hereby grants Defendants' request for extension of time to take Plaintiff's deposition beyond the discovery deadline. Defendants shall have until October 6, 2006, to take Plaintiff's deposition or file a motion to compel Plaintiff's deposition.

IT IS SO ORDERED.

Dated: August 22, 2006.

_____
UNITED STATES MAGISTRATE JUDGE