IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRONCHE JOHNSON,

        Plaintiff,                   No. CIV S-04-1783 FCD KJM P

    vs.

THE CDC, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Defendants have requested an extension of time to file a "dispositive motion." However, defendants have not shown good cause for their failure to file a "dispositive motion," or at least to seek an extension of time to file such a motion before the pretrial motion deadline established in the court's May 3, 2006 scheduling order. Accordingly, IT IS HEREBY ORDERED that defendants' November 7, 2006 request from an extension of time is denied.

DATED: November 14, 2006.

_____
U.S. MAGISTRATE JUDGE

1
john1783.36(1)