IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRONCHE JOHNSON,

        Plaintiff,                No. CIV S-04-1783 FCD KJM P

   vs.

THE CDC, et al.,

        Defendants.       <u>ORDER</u>

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On November 7, 2006, defendants filed a request for an extension of time to file a dispositive motion. On November 15, 2006, the request was denied as defendants had not adequately explained why they failed to file their motion before the pretrial motion deadline established in the court's May 3, 2006 scheduling order.

        In their pretrial statement filed February 2, 2007, defendants renewed their request to file a motion for summary judgment, with explanation; the court granted this request. Defendants filed their motion on May 14, 2007. Plaintiff will be directed to file an opposition to the motion within thirty days of this order.

/////

/////

1   In accordance with the above, IT IS HEREBY ORDERED that plaintiff file an
2 opposition to defendants' May 14, 2007 motion for summary judgment within thirty days of this
3 order.  Plaintiff's failure to file an opposition to defendants' motion may result in a
4 recommendation that this action be dismissed.
5 DATED: August 27, 2007.

_____
U.S. MAGISTRATE JUDGE

1
john1783.opp