```
 1
 2
 3
 4
 5
 6
 7
 8                        IN THE UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10  BRONCHE JOHNSON,
11          Plaintiff,                    No. CIV S-04-1783 FCD KJM P
12      vs.
13  THE CDC, et al.,
14          Defendants.                   FINDINGS & RECOMMENDATIONS
15  _____/
```

By order filed August 28, 2007, plaintiff was ordered to file an opposition to defendants' May 14, 2007 motion for summary judgment within thirty days. The thirty day period has now expired, and plaintiff has not filed an opposition to defendants' motion nor responded in anyway to the court's August 28, 2007 order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 9, 2007.

_____
U.S. MAGISTRATE JUDGE

1
john1783.frs