IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRONCHE JOHNSON,

        Plaintiff,                No. CIV S-04-1783 FCD KJM P

   vs.

THE CDC, et al.,

        Defendants.        <u>ORDER</u>

                            /

        Plaintiff has filed his second request for an extension of time to file and serve an opposition to defendants' May 14, 2007 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The court's October 9, 2007 findings and recommendations are vacated;

        2. Plaintiff's October 4, 2007 request for an extension of time is granted; and

        3. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' May 14, 2007 motion for summary judgment. Plaintiff's

/////
/////
/////
/////
/////

1  failure to file an opposition within thirty days will result in a recommendation that this action be
2  dismissed.
3  DATED: October 18, 2007.

_____
U.S. MAGISTRATE JUDGE

6  /mp
   john1783.36sec